UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-31053 |
|---|---|
| JOHNNY EARL HENDERSON | (Chapter 13) |
| JANIE BELL HENDERSON | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004926**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 20/ 5 | CAPITAL ONE BANK<br>BOX 85167<br>RICHMOND, VA  23285 | 73.88 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/15/2010

Certificate of Service          05-31053

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOHNNY EARL HENDERSON
3068 BEAMSVILLE UNION-
CITY ROAD
ANSONIA, OH  45303

JANIE BELL HENDERSON
3068 BEAMSVILLE-
UNION CITY ROAD
ANSONIA, OH  45303

RANDALL E BREADEN
414 WALNUT ST
GREENVILLE, OH  45331

(5.1)
CAPITAL ONE BANK
BOX 85167
RICHMOND, VA  23285

(32.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(1039.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(1038.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(1037.1n)
RICHARD G KNOSTMAN
4428 N DIXIE DR
DAYTON, OH  45414

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    bl